# EXHIBIT "A"

## Case Summary

**Case Number:** CAM L-000671-20

**Case Caption:** Ugi Energy Services, Llc Vs Aluminum Shapes, Ll

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 02/19/2020 |
| **Case Type:** Contract/Commercial Transaction | **Case Status:** Defaulted | **Jury Demand:** None |
| **Case Track:** 2 | **Judge:** Michael J Kassel | **Team:** 202 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 01/08/2021 | **Case Disposition:** Default Judgment | **Statewide Lien:** J -11020-21 |

### Plaintiffs
**Ugi Energy Services, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Gregory Edwin Peterson |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 015242000 |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:** ECOURTSGEP@DYERPETERSON.COM

### Defendants
**John Doe(S) A-Z**

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**Aluminum Shapes, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

**Abc Company(S) 1-10**

| | | |
|---|---|---|
| **Party Description:** Fictitious | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |

**Attorney Email:**

### Case Proceeding

| Created Date | Scheduled Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 10/30/2020 | 09:00 | REMOT | MICHAEL J KASSEL | MOTION HEARING | MOTION ENTERING DEFAULT JUDGMENT | COMPLETED | CM |
| 01/08/2021 | 09:00 | REMOT | MICHAEL J KASSEL | MOTION HEARING | MOTION ENTERING DEFAULT JUDGMENT | COMPLETED | CM |
| 04/01/2021 | 09:00 | REMOT | MICHAEL J KASSEL | MOTION HEARING | MOTION TO ENFORCE LITIGANTS RIGHTS | RSCHED | |
| 04/16/2021 | 09:00 | REMOT | MICHAEL J KASSEL | MOTION HEARING | MOTION TO ENFORCE LITIGANTS RIGHTS | COMPLETED | CM |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 02/19/2020 | Complaint for CAM-L-000671-20 submitted by PETERSON, GREGORY EDWIN, DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES, LLC against ALUMINUM SHAPES, LLC, JOHN DOE(S) A-Z, ABC COMPANY(S) 1-10 | LCV2020342026 | 02/19/2020 |
| 02/20/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2020351509 | 02/20/2020 |
| 02/21/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV2020361552 | 02/21/2020 |
| 03/03/2020 | PROOF OF SERVICE submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES, LLC against ALUMINUM SHAPES, LLC | LCV2020442322 | 03/03/2020 |

| Date | Description | Reference | Date |
|---|---|---|---|
| 06/26/2020 | AMENDED COMPLAINT submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against JOHN DOE(S) A-Z, ALUMINUM SHAPES, LLC, ABC COMPANY(S) 1-10 | LCV20201125017 | 06/26/2020 |
| 08/15/2020 | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20201416425 | 08/15/2020 |
| 08/18/2020 | CORRECTION-LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20201446214 | 08/18/2020 |
| 09/30/2020 | REQUEST FOR DEFAULT submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC | LCV20201728831 | 09/30/2020 |
| 09/30/2020 | Default has been entered against the following party/parties: ALUMINUM SHAPES, LLC | LCV20201734464 | 09/30/2020 |
| 10/13/2020 | MOTION ENTERING DEFAULT JUDGMENT submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC | LCV20201809363 | 10/13/2020 |
| 10/13/2020 | The motion filed on 10/13/2020 will be decided on 10/30/2020. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION ENTERING DEFAULT JUDGMENT [LCV20201809363] | LCV20201809961 | 10/13/2020 |
| 10/30/2020 | ORDER ENTERING DEFAULT JUDGMENT-Denied by Judge KASSEL, MICHAEL, J re: MOTION ENTERING DEFAULT JUDGMENT [LCV20201809363] | LCV20201984238 | 11/04/2020 |
| 12/04/2020 | MOTION ENTERING DEFAULT JUDGMENT submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC | LCV20202205859 | 12/04/2020 |
| 12/07/2020 | The motion filed on 12/04/2020 will be decided on 01/08/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION ENTERING DEFAULT JUDGMENT [LCV20202205859] | LCV20202217768 | 12/07/2020 |
| 01/08/2021 | ORDER ENTERING DEFAULT JUDGMENT-Granted by Judge KASSEL, MICHAEL, J re: MOTION ENTERING DEFAULT JUDGMENT [LCV20202205859] | LCV202171643 | 01/11/2021 |
| 01/19/2021 | Default has been entered against the following party/parties: JOHN DOE(S) A-Z | LCV2021138613 | 01/19/2021 |
| 01/19/2021 | Default has been entered against the following party/parties: ABC COMPANY(S) 1-10 | LCV2021138615 | 01/19/2021 |
| 02/05/2021 | ORDERS FOR JUDGMENTS submitted by DYER, GLENN, THOMAS of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC | LCV2021277688 | 02/05/2021 |
| 02/10/2021 | CLERK NOTICE: re: ORDERS FOR JUDGMENTS [LCV2021277688] -Entered in the Civil Judgment and Order Docket in the Superior Court Clerk's Office. J-011020-21 | LCV2021310430 | 02/10/2021 |
| 03/10/2021 | MOTION TO ENFORCE LITIGANTS RIGHTS submitted by DYER, GLENN, THOMAS of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC *LINKED FILING* | LCV2021526282 | 03/10/2021 |
| 03/10/2021 | The motion filed on 03/10/2021 will be decided on 04/01/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2021526282] | LCV2021526410 | 03/10/2021 |
| 03/26/2021 | ADJOURNMENT REQUEST (MOTION) submitted by PETERSON, GREGORY, EDWIN of DYER & PETERSON, PC on behalf of UGI ENERGY SERVICES,LLC against ALUMINUM SHAPES, LLC *LINKED FILING* | LCV2021803902 | 03/26/2021 |
| 03/26/2021 | The motion filed on 03/10/2021 was rescheduled to 04/16/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2021526282] | LCV2021804960 | 03/26/2021 |
| 04/16/2021 | ORDER TO ENFORCE LITIGANTS RIGHTS-Granted by Judge KASSEL, MICHAEL, J re: MOTION TO ENFORCE LITIGANTS RIGHTS [LCV2021526282] | LCV20211001644 | 04/19/2021 |

### STATEWIDE LIEN(S)

| Judgment Number | Case Status | Status Date |
|---|---|---|
| J -11020-21 | OPEN | 02/10/2021 |

**JUDGMENT SEARCH**

Need Step-By-Step Help?    Judgment Public Search Demo Videos    Contact Us

## Judgment Search Result Details

Note: If you have pop-up blocker installed, you must disable it to view party details

Search for a Judgment by selecting one of the following tabs below.

| Name | Judgment # | Docket # |

Judgment Number: J 011020 21- UGI ENERGY SERVICES, LLC VS ALUMINUM SHAPES, LL
Docket Number: L 000671 20    Venue-Id: CAM    Filing Location: CAMDEN    Court: LCV    Judgment Status: Open
Status Date: 02/10/2021    Judgment Amount: $395345.43    Court Costs: $0.00    Interest: $0.00    Attorney Fee: $0.00
Other Amount: $0.00    Processing Location: CAMDEN    Judgment Enter Date: 02/10/2021    Time: 8:28AM    Judgment Filing Date: 01/08/2021

### Party/Debt Summary

Debt ID: 1    Debt Status: Open    Debt Amount: $395345.43    Attorney Fee: $0.00    Cost: $0.00    Interest: $0.00    Other Amount: $0.00    Debt Enter Date: 02/10/2021

| Name(Last, First MI, Suffix) | Role | Alternate Names | Party Debt Status | Status Date |
|---|---|---|---|---|
| ALUMINUM SHAPES LLC | DEBTOR | | Open | 02/10/2021 |
| UGI ENERGY SERVICES, INC | CREDITOR | | Open | 02/10/2021 |

### Document Summary

1.

| Document Type | Document File Date | Document Status |
|---|---|---|
| | 02/10/2021 | |

| Party Name (Party Doc Role) |
|---|
| UGI ENERGY SERVICES INC , (P) |
| ALUMINUM SHAPES LLC , (T) |

Print    Search Again    Back

Screen Id 123456    © Copyright NJ Judiciary 2018

BUILD:2018.02.3.00.050