Raymond M. Patella (Id No. 02215-1996)
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
505 Morris Avenue
Springfield, NJ 07081
Phone: 973-379-4200
Fax: 973-379-7872
Email: rpatella@lawjw.com
Attorneys for UGI Energy Services, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>ALUMINUM SHAPES, LLC<br><br>Debtor. | Chapter 11<br><br>Bankruptcy Case No. 21-16520-JNP |
| ALUMINUM SHAPES, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>UGI ENERGY SERVICES, LLC,<br><br>                          Defendant. | Adv. Pro. No.  21-1472-JNP<br><br>**CERTIFICATION OF SERVICE** |

I certify that on January 11, 2022, I served or caused to be served the Answer of UGI Energy Services LLC to Complaint on the following parties via electronic mail and via the court's ecf system:

Maureen P. Steady, Esq.
Kurtzman Steady LLC
2 Kings Highway West, Suite 102
Haddonfield, NJ 08033
Email:  steady@kurtzmansteady.com
Counsel for the Plaintiff

                                                                                                  */s/ Raymond M. Patella*
                                                                                                  Raymond M. Patella, Esq.
                                                                                                  Attorney for UGI Energy Services, LLC