# Notice Recipients

District/Off: 0312–1            User: admin                Date Created: 3/17/2022
Case: 21–01472–JNP              Form ID: orderntc          Total: 2

**Recipients of Notice of Electronic Filing:**
aty         Maureen P. Steady         msteady@mac.com
aty         Raymond M. Patella        rpatella@lawjw.com

TOTAL: 2