Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Aluminum Shapes, L.L.C.
Debtor

Case No.: 21−16520−JNP
Chapter 11

Aluminum Shapes, L.L.C.
Plaintiff

v.

UGI Energy Services, LLC
Defendant

Adv. Proc. No. 21−01472−JNP           Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on March 17, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8
Mediation Order. Anthony Sodono added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/14/2022 (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 17, 2022
JAN: kvr

Jeanne Naughton
Clerk