**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III, *Mediator*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 21-16520 (JNP) |
| ALUMINUM SHAPES, L.L.C., | Chapter 11 |
| Debtor. | Honorable Stacey L. Meisel |
| ALUMINUM SHAPES, L.L.C., | Adv. Pro. No. 21-01472 (JNP) |
| Plaintiff, | |
| vs. | |
| UGI ENERGY SERVICES, LLC, | |
| Defendant. | |

## ACCEPTANCE OF APPOINTMENT AS MEDIATOR

Anthony Sodono, III, hereby accepts appointment as Mediator pursuant to the Mediation Order dated March 14, 2022, and confirms that he does not have any conflicts with respect to the matter to be mediated.

Dated:  March 24, 2022           */s/ Anthony Sodono, III*
                                              ANTHONY SODONO, III

4870-1182-1080, v. 1